*John C. Davies, R. S. Johnson* and *Charles R. Coville* for appellant.

*William Kernan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. G. HYDE & SONS, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Hyde & Sons* v. *Miller*, 90 App. Div. 599, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1904, which confirmed a determination of the defendant imposing a tax upon the relator.

*James J. Allen* for appellant.

*John Cunneen, Attorney-General (William H. Wood* on the brief), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES GANNON, Appellant, *v.* FRANCIS V. GREENE, Commissioner of Police of the Police Department of the City of New York, Respondent.

*People ex rel. Gannon* v. *Greene*, 91 App. Div. 612, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the position of captain in the police department of the city of New York.

*Terence J. McManus* and *W. M. K. Olcott* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

ANDREW J. REESE et al., Respondents, *v.* HALSEY F. NORTHRUP, Appellant.

*Reese v. Northrup*, 88 App. Div. 621, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1903, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The following questions were certified:

1. Could the lands described in the complaint herein be legally sold for the arrears of taxes in question, without a re-assessment of the same, and charging the said lands therewith, as provided by section 89 of the General Tax Law of this state?

2. Does the special act under consideration, to wit, chapter 229 of the Laws of 1879, provide a perfect and complete system for the sale of lands for all unpaid taxes, annually, in the counties of Chautauqua and Cattaraugus?

3. Was the sale of said lands involved in this action a valid, legal and effectual sale of the premises described in the complaint?

*E. D. Northrup* for appellant.

*William V. Smith* for respondents.

Judgment affirmed, with costs; first and third questions certified answered in the negative, and second question not answered; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.